# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2007

Clifford W. Taylor,
Chief Justice

135148 &
(15)
(16)
(17)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WELLS FARGO HOME MORTGAGE,
INC.,
      Plaintiff-Appellee,

v

SC: 135148
COA: 276935
Wayne CC: 06-625108-AV

DONALD L. BRAMLAGE, JR., and
DONNA BRAMLAGE,
      Defendants-Appellants.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 20, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for stay and for peremptory reversal are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2007

_____
Clerk